JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| Case No. | **5:26-cv-01032-SB-ACCV** | Date: April 21, 2026 |
| Title: | ***Anzor Chomaev v. Department of Homeland Security, et al.*** | |

Present: The Honorable      Stanley Blumenfeld, Jr., United States District Judge

| L. Fahey | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**          **ORDER DISMISSING CASE AS MOOT**

Petitioner Anzor Chomaev filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on March 4, 2026.  Dkt. No. 1.)

On April 1, 2026, Respondents filed a Notice of Petitioner's Removal from United States and Suggestion of Mootness.  Dkt. No. 7.  On April 9, 2026, the Magistrate Judge ordered Respondents to file documents verifying Petitioner's Removal from the United States no later than April 16, 2026.  Dkt. No. 9.  On April 14, 2026, Respondents filed their response with documents verifying Petitioner's removal.  Dkt. No. 10.

Given Petitioner was removed from the United States, this case is dismissed as moot.

**IT IS SO ORDERED.**